UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____ :

JOHN WALLER and WANDA            :        Civil Action
  KELLY-WALLER,                  :        No. 1:10-cv-06342 (NLH)

          Plaintiffs,     :        **ORDER**

    v.                           :

FOULKE MANAGEMENT CORPORATION :
  d/b/a CHERRY HILL DODGE AND
  CHERRY HILL TRIPLEX;           :
  CHRYLSER FINANCIAL,

         Defendants.      :

_____ :


**APPEARANCES:**

Graham F. Baird, Esquire
Weisberg Law, P.C.
7 South Morton Ave.
Morton, PA 19070
*Attorney for Plaintiffs John Waller and Wanda Kelly-Waller*

Laura D. Ruccolo, Esquire
Capehart & Scatchard, PA
800 Midlantic Drive
Suite 300 S
Mt. Laurel, NJ 08054
*Attorney for Defendant Foulke Management Corporation d/b/a*
*Cherry Hill Dodge and Cherry Hill Triplex*

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion filed today,

    **IT IS HEREBY** on this  11th  day of    August   , 2011,

      **ORDERED** that the motion to dismiss plaintiff's complaint

and compel arbitration filed defendant Foulke Management

1

Corporation d/b/a Cherry Hill Dodge and Cherry Hill Triplex [4]

is **GRANTED**.



                                                           s/Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J