```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                :
JOHN WALLER and WANDA           :   Civil Action
KELLY-WALLER,                   :   No. 1:10-cv-06342 (NLH)
          Plaintiffs,           :
     v.                         :
                                :   **ORDER**
FOULKE MANAGEMENT CORPORATION   :
   d/b/a CHERRY HILL DODGE AND  :
   CHERRY HILL TRIPLEX;         :
   CHRYLSER FINANCIAL,          :
          Defendants.           :
_____ :

APPEARANCES:

Graham F. Baird, Esquire
Weisberg Law, P.C.
7 South Morton Ave.
Morton, PA 19070
*Attorney for Plaintiffs John Waller and Wanda Kelly-Waller*

Laura D. Ruccolo, Esquire
Capehart & Scatchard, PA
800 Midlantic Drive
Suite 300 S
Mt. Laurel, NJ 08054
*Attorney for Defendant Foulke Management Corporation d/b/a Cherry Hill Dodge and Cherry Hill Triplex*

**HILLMAN, District Judge**

       For the reasons explained in this Court's Opinion entered today, it is this __16th__ day of March, 2012,

       **ORDERED** that plaintiffs' motion for reconsideration [15] is **DENIED**.

                              s/Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey